Since the plaintiff has shown cause, her appeal is hereby reassigned to the regular calendar. Chief Justice Bevilacqua did not participate. *Harry Weiss, William Rutzick,* Rhode Island Legal Services, Inc., for plaintiff. *William A. Gosz,* for defendants.

March 22, 1979.

M. P. No. 77-195. THE COACHMAN, INC. *v.* JOHN H. NORBERG, *Tax Administrator.* The petition for reargument is denied. *Joseph R. Palumbo, Jr., Stephen A. Haire,* for petitioner. *Dennis J. Roberts II,* Attorney General, *Allen P. Rubine,* Assistant Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

M. P. No. 79-38. RICHARD CESERETTI *v.* JRP ASSOCIATES *et al.* The petition for writ of certiorari is denied. *Edward F. St. Onge,* for plaintiff-respondent. *Hinckley, Allen, Salisbury & Parsons, Robert W. Lovegreen,* for defendant-petitioner Luke's Restaurant, Inc.

M. P. No. 79-46. NORTH SMITHFIELD SCHOOL COMMITTEE *v.* BOARD OF REGENTS FOR EDUCATION *et al.* The petition for writ of certiorari is denied. *Paul P. Baillargeon, Inc.,* for petitioner. *Natale L. Urso,* for Christine Szymanski.

M. P. No. 79-52. FEDERAL PRODUCTS CORPORATION *v.* JOHN H. NORBERG. The petition for writ of certiorari is granted. *Edwards & Angell, David K. Duffell,* for petitioner. *Dennis J. Roberts II,* Attorney General, *Allen P. Rubine,* Assistant Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

M. P. No. 79-53. HOPKINTON SCHOOL COMMITTEE *v.* ELEANOR PEASELY *et al.* The petition for writ of certiorari is denied. *Breslin, Sweeney & Lichatin, David F. Sweeney,* for petitioner. *Natale L. Urso, Thomas J. Liguori,* for respondent.

M. P. No. 79-55. EDWARD A. CASWELL *et al. v.* GEORGE SHERMAN SAND & GRAVEL CO., INC. *et al.* The petition for writ of certiorari is granted. *Hinckley, Allen, Salisbury &*